■■ CAROL GAMBELL, Plaintiff, and THE TRAINING ROOM, INC., Appellant, v EXCELLUS, INC., et al., Respondents. [847 NYS2d 894]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered June 7, 2006 in a breach of contract action. The order

and judgment, among other things, denied the motion of plaintiff The Training Room, Inc. for partial summary judgment.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith, Centra and Green, JJ.